IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRIANGLE INSURANCE COMPANY, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 1:20-cv-255-TFM-C |
| | : | |
| EZELL CASTLEBERRY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

Pursuant to the Stipulation of All Parties and Joint Motion for Entry of Consent Judgment (Doc. 9, filed June 22, 2020) and the order approving the request, the Court hereby enters this final **DECLARATORY JUDGMENT** in favor of Plaintiff Triangle Insurance Company, Inc., as follows:

1. Plaintiff Triangle Insurance Company, Inc., issued two (2) policies of insurance to Defendant Castleberry Logging, Inc. No coverage exists under said policies for the claims that are asserted against Ezell Castleberry, Earline Castleberry, John Castleberry, or Castleberry Logging, Inc., by Kelli H. Castleberry in the underlying action that is before the Circuit Court of Conecuh County, Alabama, *Kelly H. Castleberry, Individually and as Personal Representative of the Estate of Jeffery W. Castleberry, Deceased v. Ezell Castleberry, Earline Castleberry, John Castleberry, and Castleberry Logging, Inc.*, Civil Action No. 21-CV-2020-900025.00 (the "underlying action").

2. Defendants Castleberry Logging, Inc., Ezell Castleberry, Earline Castleberry, and John Castleberry are not entitled to defense, indemnification, or insurance coverage under said policies with respect to the claims that are asserted in the underlying action.

3. Defendant Kelli H. Castleberry, individually and as personal representative of the estate of Jeffery W. Castleberry, is not entitled to indemnification or insurance coverage under said policies with respect to the claims that are asserted in the underlying action.

4. This Declaratory Judgment resolves all of the claims that are asserted in this action.

5. Each party will bear their own costs and fees.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is closed.

**DONE** and **ORDERED** this the 23rd day of June 2020.

        s/Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES DISTRICT JUDGE